IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 4:18cr66-MW/MAL
 4:21cv484-MW/MAL

MARRELL HUNTER,

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 72. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 72, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion to vacate, set aside, or correct sentence, ECF No. 64, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED** on June 16, 2023.

                                                     s/Mark E. Walker          
                                                   **Chief United States District Judge**